COUNTY OF OCEAN v.
HENRY F. STOCKHOLD AND ROSE RUTH STOCKHOLD.

October 1, 1974. Petition for certification granted. The judgment of the Appellate Division is reversed and the matter is remanded to the Superior Court, Law Division, for a plenary hearing (See *Township of Bridgewater v. Joseph and Nancy Yarnell*, 64 *N. J.* 211 (1974)).

CITY OF JERSEY CITY v. REALTY TRANSFER COMPANY.

October 29, 1974. Petition for certification granted, and the decision of the Appellate Division is summarily affirmed for the reasons expressed in its opinion which is reported at 129 *N. J. Super.* 570 (1974).

GREENWOOD CEMETERY ASSOCIATION, *ET AL.* v.
PHOENIX MUTUAL LIFE INSURANCE COMPANY.

December 2, 1974. Petition for certification granted. The decision of the Appellate Division is reversed, and the matter is remanded to the Superior Court, Law Division, for trial as to all issues.

FERN HAUSER v. NOLAN HAUSER.

January 29, 1975. Petition for certification granted, and it is further ordered that this matter be heard on the merits by the Appellate Division.